IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN WALKER, )<br>)<br>Defendant. )<br>) | 4:05CR3088<br><br>ORDER |

   IT IS ORDERED:

   The motion of Paul D. Boeshart to withdraw as counsel for the plaintiff, filing 13, is granted.  The clerk is directed to remove his name from the list of parties receiving CM/ECF notifications.

   DATED this 23rd day of August, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge