IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | 4:05CR3088 |
| v.  ) | |
| ) | |
| KEVIN WALKER,  ) | |
| ) | ORDER |
| Defendant.  ) | |

IT IS ORDERED:

The pretrial services officer shall investigate the defendant's proposal for release conditions and make a report to the court and counsel as soon as practicable.

DATED this 5th day of October, 2005.

BY THE COURT:

David L. Piester
United States Magistrate Judge