```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3088 |
| v. | ) | |
| | ) | |
| KEVIN WALKER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue is granted and the suppression hearing is continued from December 21, 2005 to January 6, 2006 at 9:00 a.m.

The defendant, defendant's counsel, and counsel for the government shall be present at the hearing.

DATED this 8th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge