IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3088 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN WALKER, | ) | REPORT AND RECOMMENDATION |
| | ) | AND |
| | ) | ORDER |
| Defendant. | ) | |

At the conclusion of the hearing this date on the defendant's motion to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motion to suppress be granted in part and denied in part. In accordance with that announcement,

IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that the motion to suppress, filing 27, be granted in part and denied in part in accordance with the pronouncements made from the bench.

FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2. Counsel are given ten days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation. The parties are notified that failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

3. Trial of this matter is set to commence at 9:00 a.m., March 6, 2006 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial

Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

Dated January 6, 2006.

BY THE COURT

s/ *David L. Piester*
United States Magistrate Judge