IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:05CR3088 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KEVIN WALKER, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on the Motion to Withdraw , filing 56, filed by defendant's appointed counsel, John C. Vanderslice.  The defendant has retained counsel, and his new counsel, James Martin Davis, has entered as appearance in this case.  See filing 55.  The Court, being fully advised in the premises, finds that the motion to withdraw should be granted.

IT IS THEREFORE ORDERED that the Motion to Withdraw, filing 56, filed by Assistant Federal Public Defender John C. Vanderslice and the Federal Public Defender's office, is granted.

**The Clerk is directed to remove Mr. Vanderslice from all future ECF notifications in this case.**

Dated this 27th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge