```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3088 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion to continue his plea hearing. Filing 58. In a telephone conversation with the chambers of the undersigned, defendant's counsel explained that he was recently retained and needs additional time to review this case and advise the defendant concerning whether to enter a plea of guilty. The government does not oppose the defendant's request for a continuance. The court finds that the motion should be granted.

IT THEREFORE HEREBY IS ORDERED:

Defendant's motion to continue his plea hearing, filing 58, is granted, and his plea hearing, currently scheduled for July 6, 2006, is continued to August 7, 2006 at 10:30 a.m. The defendant is ordered to appear at said time.

This Court further finds that the defendant has retained new counsel and is entitled to have fully informed counsel assist him in deciding whether to enter a plea of guilty. Accordingly, the ends of justice will be served by continuing defendant's plea hearing, and continuing the plea date in this case outweighs the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and August 7, 2006 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 5th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge