IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>       v.                            )<br>                                     )<br> KEVIN WALKER,                       )<br>                                     )<br>            Defendant.               )<br>                                     ) | Docket No. 4:05CR3088<br><br><br>ORDER |

    The change of plea hearing did not take place as scheduled on August 7, 2006.

    IT THEREFORE HEREBY IS ORDERED:

    1.  The change of plea hearing is rescheduled to August 31, 2006 at 2:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

    2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    3.  Defendant shall appear at the hearing.

    DATED: August 17, 2006.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge