```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3088 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the defendant's oral motion,

IT IS ORDERED:

1. The Change of Plea hearing is rescheduled to September 28, 2006 at 11:00 a.m. before the undersigned magistrate judge in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 24th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge