```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3088 |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The defendant's unopposed motion to continue the plea hearing, filing 65, is granted. The change of plea hearing is continued from September 28, 2006 to October 2, 2006 at 11:00 a.m.

2. This Court further finds that under the circumstances presented, the defendant and his counsel need additional time to allow for adequate preparation and counsel participation in the plea hearing. Accordingly, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 27th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge