IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3088 |
| | ) | |
| V. | ) | |
| | ) | |
| KEVIN WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On oral application because of an emergency in his family,

IT IS ORDERED that Mr. Davis shall have until the close of business on Monday, January 29, 2007, to file the statement referred to in paragraph 2 of filing 84.

January 24, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge