## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are rescheduled to Thursday, March 15, 2007, at 1:00 p.m. before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

February 20, 2007.                    BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge