IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3088 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KEVIN WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to F.R.A.P. 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Defendant's motion to proceed in forma pauperis on appeal (filing 107) is granted;

2. The fee for the transcript of proceedings in this matter may be paid by the United States pursuant to 28 U.S.C. § 753(f), with the understanding that I certify that the appeal is not frivolous and apparently presents a substantial question; and

3. The clerk is directed to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

May 3, 2007.                                         BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge