IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3088 |
| | ) | |
| V. | ) | |
| | ) | |
| KEVIN WALKER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The motion to withdraw Steven A. Russell as counsel for the government, filing no.123, is granted. The Clerk is directed to remove Mr. Russell from all future ECF notifications in this case.

DATED this 22nd day of March, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge