IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3088 & |
| | ) | 4:09CR3094 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN L. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and without objection by plaintiff's counsel,

IT IS ORDERED that Defendant Walker's revocation hearing in Case No. 4:05CR3088 and sentencing hearing in Case No. 4:09CR3094 are continued to Thursday, May 6, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated April 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge