IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3088 & |
| | ) | 4:09CR3094 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| KEVIN L. WALKER, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the plaintiff and Probation Office,

IT IS ORDERED that Defendant Walker's revocation hearing in Case No. 4:05CR3088 and evidentiary hearing and sentencing in Case No. 4:09CR3094 are rescheduled to Thursday, July 1, 2010, from 1:00 p.m. to 5:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated May 13, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge