IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3088 |
| vs. | ) | |
| | ) | |
| KEVIN WALKER, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on July 1, 2010 [129].

IT IS ORDERED:

1. The request for transcript, filing [135] is granted.

2. Theodora A. Walker, is ordered to pay to the Clerk of the Court the amount of $53.35.  Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.  Likewise, should the cost of the transcript be less than $53.35, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on July 1, 2010.  A paper copy of the transcript shall be mailed to the requestor.  A copy of this order should also be mailed to the requestor.

Dated:  May 16, 2013

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge