IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) ) ) | 4:05CR3088 |
| vs. | ) ) | |
| KEVIN WALKER, | ) ) | Order |
| Defendants. | ) ) | |

Before the Court is the Request for Transcript of Hearing Held on July 1, 2010 [135] and the Transcript [139].

IT IS ORDERED:

1. Theodora A. Walker, submitted a deposit with the Clerk of Court in the amount of $53.35. The actual cost of the transcript is $63.05.

2. Theodora A. Walker is ordered to submit $9.70 the additional amount to the Clerk of Court. Upon receipt of the additional funds, the transcript will be ordered.

Dated: June 13, 2013

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge